Dear Mr. Mortillaro:
The time constraints for the maintenance of public records is addressed by LSA-R.S. 44:36, pertinently providing:
§ 36. Preservation of records
 A. All persons and public bodies having custody or control of any public record, other than conveyance, probate, mortgage, or other permanent records required by existing law to be kept for all time, shall exercise diligence and care in preserving the public record for the period or periods of time specified for such public records in formal records retention schedules developed and approved by the state archivist and director of the division of archives, records management, and history of the Department of State. However, in all instances in which a formal retention schedule has not been executed, such public records shall be preserved and maintained for a period of at least three years from the date on which the public record was made . . . . . (Emphasis added).
You will need to maintain your public records for a period of at least three years beginning form the date on which the public record was made.
Very truly yours,
 RICHARD P. IEYOUB ATTORNEY GENERAL
 BY: __________________________ KERRY L. KILPATRICK ASSISTANT ATTORNEY GENERAL
KLK:ams